UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYO HAK CHU,**<br><br>Plaintiff,<br><br>**vs.**<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>Defendant. | Case No.: 18-CV-07416 YGR<br><br>**ORDER DENYING MOTIONS FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Kyo Hak Chu and Defendant Home Depot U.S.A., Inc. have filed requests to appear telephonically at the first case management conference scheduled in this case, set for December 16, 2019, at 2:00 p.m. (Dkt. Nos. 16, 18.) Counsel bases the requests on the inconvenience of traveling to the Oakland courthouse.

The requests to appear by telephone are **DENIED**. Pursuant to the undersigned judge's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

If the parties believe this action does not warrant the expense associated with their required presence, they may consider reassignment to any magistrate judge *of their choice* for all purposes including entry of judgment. Local Rule 73-1(b). Profiles can be found at: http://www.cand.uscourts.gov/judges. Magistrate judges in this district carry significant consent cases

and are more flexible than the undersigned. Any joint request for reassignment to a magistrate should be filed no later than five (5) days before the scheduled case management conference.

If necessary, the Court will entertain a request for a short continuance.

This Order terminates Docket Nos. 16, 18.

**IT IS SO ORDERED.**

Dated: December 10, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**