Bobby Saadian, SBN 250377
bobby@wilshirelawfirm.com
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

Date: 5/14/2020

Gregory F. Hurley
GHurley@sheppardmullin.com
Michael Chilleen
MChilleen@sheppardmullin.com
Patricia Melody Jeng
pjeng@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 4:18-cv-07416-YGR<br><br>*Assigned for all purposes to Hon. Yvonne Gonzalez Rogers*<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kyo Hak Chu and Defendant Home Depot U.S.A., Inc., d/b/a The Home Depot stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses. However, Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized, and respectfully asks the Court to retain jurisdiction over this matter for that purpose.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 8, 2020             WILSHIRE LAW FIRM

By: /s/ *Thiago M. Coelho*
    Thiago M. Coelho
    Bobby Saadian
    *Attorneys for Plaintiff*

DATED: May 8, 2020             SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Michael Chilleen*
    Michael Chilleen
    Gregory F. Hurley
    Patricia Melody Jeng
    *Attorneys for Defendant*

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Lusine Boulanikian, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 8, 2020          By: /s/ Lusine Boulanikian
                                 Lusine Boulanikian